STATE of Missouri, Respondent,

v.

Anthony G. HATLEY, Appellant.

No. ED103242

Missouri Court of Appeals,
Eastern District,
**DIVISION ONE**.

Filed: October 25, 2016

Margaret M. Johnston, Columbia, MO, for Appellant.

Chris Koster, Attorney General, Colette E. Neuner, Asst. Atty. Gen., Jefferson City, MO, for Respondent.

Before Robert M. Clayton III, P.J., Mary K. Hoff, J., and Lisa P. Page, J.

## ORDER

PER CURIAM.

Anthony G. Hatley appeals the judgment entered upon a jury verdict convicting him of second-degree murder and armed criminal action. We find no error has occurred.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 30.25(b).